FILED
SUPERIOR COURT
OF GUAM

2019 FEB -7 PM 3: 52

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,                          )        Case No. CF0528-17-02
                                         )
                    Plaintiff,           )
                                         )
        v.                               )        **DECISION & ORDER**
                                         )
                                         )
ELEVENSON RESSA,                         )
DOB 11/28/1998                           )
                                         )
                    Defendant.           )
                                         )
                                         )
_____)

This matter came before the Honorable Alberto C. Lamorena, III on February 01, 2018 on a submission by Elevenson Ressa ("Defendant") of a Motion for Reconsideration. The Defendant is represented by Assistant Alternate Public Defender Lisa Lorig, and the People of Guam are represented by Assistant Attorney General Sean Brown. After considering the submissions of the parties, the Court will grant the Defendant's motion.

This court is empowered to reconsider an earlier decision if manifest injustice would otherwise result. *People v. Haulde*, 1999 Guam 3 ¶ 13. The court in its earlier decision stated that it would refuse to hear the Defendant's Motion to Dismiss because the motion was untimely. (Order at 3-4, Jan. 28, 2019). However, the Court understands that it may have created some confusion surrounding the motion cut-off dates when it orally extended the cut-off

on December 21, 2018, and the subsequently stated in a written Trial Scheduling Order that it would not hear any further motions. (Minute Entry, Jul. 17, 2018); (Trial Scheduling Order, Sep. 05, 2018). The Court also acknowledges that its original oral ruling was made in part due to a stipulation of the parties seeking an extension of the deadline. (Minute Entry, Jul. 17, 2018). The Court's contradictory instructions, coupled with other extenuating circumstances, such as the passing of defense counsel's father, leads the Court to find that good cause existed for the Defendant's delay, and that the filing of this motion was, while untimely, was done in good faith. As such, the Court finds that if it does not correct its earlier ruling it will result in manifest injustice to the Defendant.

Therefore, the Court hereby **GRANTS** the Defendant's Motion for Reconsideration. The Court shall hear arguments on the motion on February 15, 2019 at 3:00 p.m.

**IT IS SO ORDERED** on this 07th day of February, 2018.


_____
**HONORABLE ALBERTO C. LAMORENA III**
**Presiding Judge, Superior Court of Guam**

I acknowledge that a copy of the original hereto was placed in the court box of:
PAO

Date: 2/7/19   Time: 355

Superior Court of Guam